UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
NIGEL ALEXANDER,

                    Petitioner,

  -against-

THOMAS POOLE, Superintendent of Five
Points Correctional Facility,

                    Respondent.
---------------------------------------------------------------X

JUDGMENT
04-CV-3712 (FB)

A Memorandum and Order of Honorable Frederic Block, United States District Judge, having been filed on April 18, 2005, denying the petition for a writ of habeas corpus; and ordering that a Certificate of Appealability will not issue; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; that judgment is hereby entered denying the petition for a writ of habeas corpus; and that a Certificate of Appealability will not issue.

Dated: Brooklyn, New York
        May 11, 2005

                                            ROBERT C. HEINEMANN
                                            Clerk of Court